**United States District Court**
For the Northern District of California

1

2

3                    UNITED STATES DISTRICT COURT

4                    NORTHERN DISTRICT OF CALIFORNIA

5

6    EVASIVE ANGLES INC,                          No. C 10-05885 JCS

7           Plaintiff(s),
                                                  **ORDER TO SHOW CAUSE**
8           v.

9    DOES 1-1149,

10          Defendant(s).
     _____/

11

12        Pursuant to Civil L.R. 16-2, a case management conference was scheduled on July 22, 2011,

13   before this Court in the above-entitled case.  Plaintiff was not present.  Defendant was not present.

14        IT IS HEREBY ORDERED that Plaintiff appear on **August 26, 2011, at 1:30 p.m.,** before

15   Magistrate Judge Joseph C. Spero, in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San

16   Francisco, California, and then and there to show cause why this action should not be dismissed for

17   Plaintiff's failure to appear at the case management conference on July 22, 2011, for failure to

18   comply with the Court's Order of April 8, 2011, and for failure to prosecute.  A case management

19   conference is also scheduled for August 26, 2011, at 1:30 p.m.

20        IT IS SO ORDERED.

21

22   Dated:  July 27, 2011

23                                                _____
                                                  JOSEPH C. SPERO
24                                                United States Magistrate Judge

25

26

27

28