7/26/11

Challenging Subpoena

Evasive Angels Inc
V.
DOES 1-1149

RECEIVED
2011 AUG 29 P 1:12
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case action No. Cv-10-05885-JCS
Northern District of Texas
Pending in Northern District of California

I just received this subpoena on 7/22/11 after returning home from vacation. The due date is 7/27/11. I am requesting more time to obtain a Californian/Texas counsel per VA counsel. I intend to seek to quash subpoena. There is not an exhibit "A" attached to subpoena.

71.178.242.73    10/10/2010

cc: District Court for the District of Northern California
cc: Siegel atty.
cc: Verizon Legal Compliance

June 30, 2011

**READ AT ONCE**

COURT-DIRECTED NOTICE
REGARDING ISSUANCE OF SUBPOENA
SEEKING DISCLOSURE OF YOUR IDENTITY

Verizon Online, as your Internet Service Provide, recently received a legal document called a subpoena. Absent action by you, the subpoena requires us to disclose your name, address and other information. The subpoena was issued pursuant to a Court Order in a lawsuit pending in the United States District Court for the Northern District of California.

The Plaintiffs have filed a lawsuit alleging that various people have perhaps infringed their copyrights by illegally downloading and/or distributing a movie. However, the Plaintiffs do not know the actual names or addresses of these people – only the Internet Protocol address ("IP address") of the computer associated with the allegedly illegal activity.

Accordingly, Plaintiffs have filed lawsuits against so-called anonymous "John Doe" defendants and issued subpoenas to determine the identity of these people (the so-called "John Does." The Plaintiffs have asked us to disclose your identification information to them, including your name, current (and permanent) addresses, and your email address and Media Access Control number. Enclosed is a copy of the subpoena seeking your information and the exhibit page containing the IP address that has been associated with your computer and showing the date and time you are alleged to have used the Internet to download or upload the particular movie. (The plaintiffs will have to prove that you illegally used the internet to download or upload the particular movie. We do not have records that would prove or disprove that fact; we simply have records that show that an IP address was assigned to a specific customer at a specific time. It may be that someone else, for a variety of reasons, was using the IP address).

This is a civil lawsuit, not a criminal case. You have not been charged with any crime. If the Plaintiffs receive your information from your Internet Service Provider, you will likely be added as a named defendant to their lawsuit.

**INFORMATION ABOUT YOU HAS NOT YET BEEN DISCLOSED,
BUT IT WILL BE DISCLOSED IN 30 DAYS IF YOU DO NOT
CHALLENGE THE SUBPOENA.**

Your identifying information has not yet been disclosed to the Plaintiffs.

This notice is intended to inform you of some of your rights and options. It does not provide legal advice. We cannot advise you about what grounds exist, if any, to challenge this subpoena. If you would like legal advice you should consult an attorney. Within this notice you will find a list of resources that may help you locate an attorney and decide how to respond to the subpoena or lawsuit

If you want to prevent being identified, you have 30 days from the date of this notice to file a motion to quash or vacate the subpoena and notify Verizon Online that you have done so. You must also notify your ISP. If you need more than 30 days to file such a motion or find a lawyer to assist you, you can file a motion asking for an extension of time; you should notify

Verizon Online if you file a motion asking for more time. The appropriate address to send such notices to Verizon is:

*Tel - 1-888 483-2600*

Verizon Legal Compliance
Custodian of Records
P.O. Box 1001
San Angelo, TX 76902

Fax Number: 325-949-6916

    If you provide us with notice that you filed a motion to quash the subpoena, your identity will not be disclosed until the court makes a decision on your motion. If you do nothing, then after 30 days we are compelled to send the Plaintiff your name, address, email address, telephone number, and your modem's Media Access Control number.

    You may wish to obtain an attorney to advise you on these issues or to help you take action.

    To help you find a lawyer, the American Bar Association's attorney locator can be found on the Internet at http://www.abanet.org/lawyerlocator/searchlawyer.html

    The Electronic Frontier Foundation is an organization that seeks to protect the rights of Internet users. They have created a website that lists attorneys who have volunteered to consult with people in your situation and contains further information about the lawsuit that has been filed against you as well as similar lawsuits:

    https://www.eff.org/issues/file-sharing/subpoena-defense

    If you are interested in discussing this matter with the Plaintiff's attorneys, you may contact them by telephone at 888-406-1004, by email at subpoena@irasiegellaw.com. But please understand that these lawyers represent the company that is trying to sue you. They can speak with you about settling the lawsuit, if you wish to consider that. At the same time, you must be aware that if you contact them they may learn your identity, and that anything you say to them can later be used against you in court.

    You should not call the Court.

    Again, you may wish to retain an attorney to discuss these issues and your options.

CURTIS GRAY
8420 BLANKENSHIP ST APT 102
ALEXANDRIA, VA 22309-0000
71.178.242.73  10/10/2010 22:02:00    GMT

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | | |
|---|---|---|
| Evasive Angles, Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. CV-10-05885-JCS |
| | ) | |
| DOES 1-1149 | ) | (If the action is pending in another district, state where: |
| *Defendant* | ) | Northern District of California ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Custodian of Records, Verizon Internet Services (hereinafter "ISP"), Legal Compliance
P.O. Box 1001, TXD01613, San Angelo, TX 76902

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

Documents sufficient to identify the names, addresses, telephone numbers, and email addresses of ISP's subscribers assigned the IP addresses identified on Attachment A on the corresponding dates at the corresponding times. You are to comply with this subpoena pursuant to the terms set forth in the Order attached hereto as Attachment B.

| Place: Law Offices of Ira M. Siegel<br>433 N. Camden Drive, Suite 970<br>Beverly Hills, CA 90210 | Date and Time:<br>July 27, 2011 at 9:00 a.m. * |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

* Compliance with this subpoena may be a multi-step process pursuant to the Order attached (Attachment B). At least the first step should be completed by June 17, 2011, with all steps completed by the date set forth under "Date and Time" above: July 27, 2011. (See paragraphs 4 and 5 of the Order.)

Date: May 13, 2011

_____ OR  *Ira M. Siegel*
*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*        *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Evasive Angles, Inc. , who issues or requests this subpoena, are:
Ira M. Siegel, Law Offices of Ira M. Siegel, 433 N. Camden Drive, Suite 970, Beverly Hills, CA 90210, Email: subpoena@irasiegellaw.com, Telephone: 888-406-1004

Case3:10-cv-05885-JCS Document13 Filed05/09/11 Page1 of 3

## ATTACHMENT B

1  Ira M. Siegel, Cal. State Bar No. 78142
    email address: irasiegel@earthlink.net
2  LAW OFFICES OF IRA M. SIEGEL
    433 N. Camden Drive, Suite 970
3  Beverly Hills, California 90210-4426
    Tel:    310-435-7656
4  Fax:   310-657-2187

5  Attorney for Plaintiff Evasive Angles, Inc.

6

7

8  UNITED STATES DISTRICT COURT

9  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10  San Francisco Division

11  Evasive Angles, Inc., a California corporation,     CASE NO. CV 10-05885 JCS

12                              Plaintiff,     [Proposed] ORDER GRANTING
                                               PLAINTIFF LEAVE TO TAKE
13                  v.                         EARLY DISCOVERY

14  DOES 1-1149,

15                              Defendants.

16

17

18      The Court, having reviewed Plaintiff's Second Ex Parte Application for Leave to Take

19  Limited Discovery Prior to a Rule 26 Conference and the supporting documents submitted

20  therewith, and good cause appearing therefore, hereby grants Plaintiff's Second Ex Parte

21  Application and orders as follows:

22

23      1.     **IT IS HEREBY ORDERED** that Plaintiff is allowed to serve immediate

24  discovery on the internet service providers (ISPs) listed in Exhibit A to the First Amended

25  Complaint filed in this matter to obtain the identity of the Doe Defendants listed in that Exhibit

26  by serving a Rule 45 subpoena that seeks information sufficient to identify each such Defendant,

27  including the name, addresses, telephone numbers, and email addresses of such Defendant.

28

Attachment B - Page 1 of 3

2\.   **IT IS FURTHER ORDERED** that Plaintiff's counsel shall issue subpoenas in substantially the same form as the example attached as Exhibit 1 to Plaintiff's Ex Parte Application for Leave to Take Limited Discovery Prior to a Rule 26 Conference with each subpoena including a copy of this Order.

3\.   **IT IS FURTHER ORDERED** that subpoenas authorized by this Order and issued pursuant thereto shall be deemed appropriate court orders under 47 U.S.C. §551. In particular, 47 U.S.C. § 551(c)(2)(B) provides as follows:

> "(c) Disclosure of personally identifiable information
> \*\*\*
> "(2) A cable operator may disclose such information if the disclosure is—
> \*\*\*
> "(B) subject to subsection (h) [relating to disclosures to governmental agencies] of this section, made pursuant to a court order authorizing such disclosure, if the subscriber is notified of such order by the person to whom the order is directed . . . ."

This Order is an order authorizing such disclosure.

4\.   **IT IS FURTHER ORDERED** that each ISP will have 30 days from the date of service upon it to serve each of its subscriber(s) whose identity information is sought with a copy of the subpoena and a copy of this Order. The ISPs may serve the subscribers using any reasonable means, including written notice sent to the subscriber's last known address, transmitted either by first-class mail or via overnight service.

5\.   **IT IS FURTHER ORDERED** that each subscriber and each ISP shall have 30 days from the date of service upon him, her or it to file any motions in this court contesting the subpoena (including a motion to quash or modify the subpoena). If that 30-day period lapses without the subscriber contesting the subpoena, the ISP shall have 10 days to produce to Plaintiff the information responsive to the subpoena with respect to that subscriber.

6\.   **IT IS FURTHER ORDERED** that, because no appearance by a person at a deposition is required by the subpoena, instead only production of documents, records and the like is required, the witness and mileage fees required by Rule 45(b)(1) of the Federal Rules of Civil Procedure do **not** apply and no such fees need be tendered.

[Proposed] Order Granting Plaintiff's Second Ex Parte Application for Leave to Take Limited Discovery Prior to a Rule 26 Conference - CV 10-05885 JCS    2

Attachment B - Page 2 of 3

1     7.   **IT IS FURTHER ORDERED** that any ISP that receives a subpoena pursuant to this Order shall not assess any charge to the Plaintiff in advance of providing the information requested in the subpoena, and that any ISP that receives a subpoena and elects to charge for the costs of production shall provide a billing summary and cost reports that serve as a basis for such billing summary and any costs claimed by such ISP.

    8.   **IT IS FURTHER ORDERED** that any ISP that receives a subpoena shall preserve all subpoenaed information pending the ISP's delivering such information to Plaintiff or the final resolution of a timely filed and granted motion to quash the subpoena with respect to such information.

    9.   **IT IS FURTHER ORDERED** that any information disclosed to Plaintiff in response to a subpoena may be used by Plaintiff solely for the purpose of protecting its rights under the Copyright Act, 17 U.S.C. § 101 et seq.

    10.   **IT IS FURTHER ORDERED** that joinder of all defendants at this stage of the litigation is proper. This decision is without prejudice to any motion for severance by a current Doe defendant who is later included in this action by his or her true name.

**IT IS SO ORDERED.**

Date: _____May 6_____, 2011

Joseph C. Spero
United States

IT IS SO ORDERED AS MODIFIED
Judge Joseph C. Spero

[Proposed] Order Granting Plaintiff's Second Ex Parte Application for Leave

Attachment B - Page 3 of 3

3

P.O. Box 8281
Alex, VA 22306

Phillip Borton Fed. Building
United States Courthouse
450 Golden Gate ave
S.F. Ca 94102

7011 1150 0002 3012 5548

CERTIFIED MAIL

U.S. POSTAGE PAID
ALEXANDRIA, VA
22309
JUL 26, 11
AMOUNT
$3.49
00023004-08