Ira M. Siegel, CA State Bar No. 78142
Email address: info@irasiegellaw.com
LAW OFFICES OF IRA M. SIEGEL
433 N. Camden Drive, Suite 970
Beverly Hills, CA 90210
Tel: 888-406-1004
Fax: 888-406-8732

Attorney for Plaintiff Evasive Angles, Inc.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Evasive Angles, Inc. | CASE NO. CV-10-05885-JCS |
| Plaintiff, | **Fed. R. Civ. P. 41(a) Dismissal With Prejudice of Specific Doe Defendant(s), Namely Doe(s) 35, 48, 50, 56, 70, 280, 362, 623, 765, 931, 934** |
| v. | |
| DOES 1-1149, | |
| Defendants. | |

Plaintiff having reached settlement(s) with the respective Doe Defendant(s) listed in the following table,

| Doe No. | IP Address | Timestamp (U.S. Eastern Time) |
|---|---|---|
| Doe 35 | 173.53.36.120 | 2010-09-12 19:04:41 -0400 |
| Doe 48 | 173.66.62.225 | 2010-09-14 19:21:07 -0400 |
| Doe 50 | 173.68.85.135 | 2010-09-11 22:01:25 -0400 |
| Doe 56 | 173.78.37.121 | 2010-09-11 15:36:28 -0400 |
| Doe 70 | 174.22.129.128 | 2010-09-11 16:46:02 -0400 |
| Doe 280 | 66.158.241.178 | 2010-09-11 14:46:20 -0400 |
| Doe 362 | 68.169.145.83 | 2010-10-05 08:23:02 -0400 |
| Doe 623 | 71.251.233.221 | 2010-09-22 02:29:27 -0400 |
| Doe 765 | 75.198.180.16 | 2010-10-17 20:06:44 -0400 |
| Doe 931 | 96.241.47.97 | 2010-09-13 00:59:25 -0400 |

| Doe 934 | 96.246.46.220 | 2010-09-12 22:50:06 -0400 |

Plaintiff dismisses with prejudice each of the specific Defendant(s) listed above from the above identified action pursuant to Fed. R. Civ. P. 41(a).

Respectfully submitted,

Date: August 19, 2011

Ira M. Siegel, CA State Bar No. 78142
Email address: info@irasiegellaw.com
LAW OFFICES OF IRA M. SIEGEL
433 N. Camden Drive, Suite 970
Beverly Hills, CA 90210
Tel: 888-406-1004
Fax: 888-406-8732

Attorney for Plaintiff Evasive Angles, Inc.