**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EVASIVE ANGLES INC,                               No. C 10-05885 (JCS)

        Plaintiff(s),
                                                  CLERK'S NOTICE
   v.

DOES 1-1149,

        Defendant(s).
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Case Management Conference and Order to Show Cause hearing previously noticed for August 26, 2011, at 1:30 p.m., before Magistrate Judge Spero has been taken off calendar.

Dated:  August 24, 2011

                                 FOR THE COURT,
                                 Richard W. Wieking, Clerk

             by: _____
                            Karen L. Hom
                            Courtroom Deputy