UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVASIVE ANGLES, INC., | Case No. C-10-05885 JCS |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE RE IMPROPER JOINDER** |
| DOES 1-1149, | |
| Defendants. | |

In *Hard Drive Productions v. Does 1-188*, Case No. 11-01566 JCS, this Court concluded that Doe Defendants who are joined in a single action on the basis that all of them used the BitTorrent protocol to illegally download a protected work are improperly joined, even if all of the Doe Defendants participated in a single "swarm." *See* Docket No.26, filed August 23, 2011. On that basis, the Court severed and dismissed all but the first Doe Defendant named in the action that had not already been dismissed at the time the Order was filed ("Doe 1").

IT IS HEREBY ORDERED that Plaintiff appear on **October 21 at 1:30 p.m.**, before Magistrate Judge Joseph C. Spero, in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why the Court should not sever all but Doe 1 (Doe at IP address 108.0.51.240) from this action and dismiss without prejudice the claims against all of the Doe Defendants except Doe 1. Plaintiff may file a brief in response to this Order to Show Cause no later than September 30, 2011. The OSC hearing that was previously set for August 26,

2011, for failure to appear at the July 22, 2011 Case Management Conference, shall also be heard on **October 21, 2011 at 1:30 p.m.**

      IT IS SO ORDERED.

Dated: August 25, 2011

_____
JOSEPH C. SPERO
United States Magistrate Judge