Ira M. Siegel, Cal. State Bar No. 78142
email address:  irasiegel@earthlink.net
LAW OFFICES OF IRA M. SIEGEL
433 N. Camden Drive, Suite 970
Beverly Hills, California 90210-4426
Tel:     310-435-7656
Fax:     310-657-2187

Attorney for Plaintiff Evasive Angles, Inc.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| Evasive Angles, Inc., a California corporation,<br><br>                              Plaintiff,<br><br>          v.<br><br>DOES 1-1149,<br><br>                              Defendants. | **CASE NO. CV 10-05885 JCS**<br><br>**Fed. R. Civ. P. 41(a) Dismissal Without Prejudice of Specific Doe Defendants**<br><br>**JUDGE:  JOSEPH C. SPERO,**<br>United States Magistrate Judge |

   Plaintiff dismisses without prejudice the following Doe defendants from the above identified action pursuant to Fed. R. Civ. P. 41(a): 1-34, 36-47, 49, 51-55, 57-69, 71-276, 278-279, 281-287, 289-361, 363-484, 486-622, 624-705, 707-764, 766-930, 932-933, and 935-1149.

Respectfully submitted,

Date: October 21, 2011

*Ira M. Siegel* (signature)
Ira M. Siegel, Cal. State Bar No. 78142
email address:  irasiegel@earthlink.net
LAW OFFICES OF IRA M. SIEGEL
433 N. Camden Drive, Suite 970
Beverly Hills, California 90210-4426
Tel:     310-435-7656
Fax:     310-657-2187

Attorney for Plaintiff Evasive Angles, Inc.